THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (801) 997-0442
Email: James.Ord@TheOrdFirm.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, | Case No.: 2:18-cv-00686-PMW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Hospice LC *d.b.a.* Hampton Inn & Suites & Suites of Orem, | Assigned to Magistrate Judge Paul M. Warner |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY SUBMITTED** on this 18th day of May 2019.

                                        */s/ James K. Ord, III*
                                        JAMES K. ORD, III
                                        The Ord Firm, P.C.
                                        PO Box 16688
                                        Salt Lake City, UT 84116
                                        Telephone: (801) 997-0442
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of May 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Chris Mancini
Associate General Counsel
2733 East Parleys Way, Suite 300
Salt Lake City, UT  84109
O: 801.485.7770 ext. 1607
F: 801.485.0209
*Authorized Representative for Defendant*

*/s/ Lisa Deaver\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*